### Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 44  
**IP Address:** 100.12.248.145  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9A867D341ADC5D53AD0BA73D8C87F14713FEFFFA<br>File Hash: 834365A3A56697870258E6D7C1AA2FA1A47E82BE61C6CA23F238AC9D59C11024 | 12/04/2020 06:14:49 | Tushy | 09/06/2020 | 09/22/2020 | PA0002265873 |
| 2 | Info Hash: 527F9D930567D7C40222024CEC5990C3C438D281<br>File Hash: C83922BC99C2F55C5004FCD3CDF13775D83EF2776220CE3989F40E45340865AF | 12/04/2020 05:07:56 | Vixen | 09/04/2020 | 09/22/2020 | PA0002265929 |
| 3 | Info Hash: 785CB7DA9CA2BD968A654E2BDBF17DA3C3A91A0E<br>File Hash: D666BE6383430C00DF9DABEFE90B6DD9B63E1ED6AFE02BAA18493C72865DA559 | 11/28/2020 21:56:13 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 4 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 11/28/2020 17:08:54 | Vixen | 11/27/2020 | 11/30/2020 | PA0002266359 |
| 5 | Info Hash: 4C41F667AE5CB3BB8314254CF2A81B256FED82A3<br>File Hash: 3F06AEA07BD7FCCD77ACAC8964AA176A99AB2981E02D09AEF7CD7133104BEA6B | 11/26/2020 18:57:29 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 6 | Info Hash: 1B448244B60BF865A054AF74DD6B68EBEF937046<br>File Hash: 569FD9E0CE027732F59A9A40CB7B47DDD0A9F69E1B49B1DE0411FB6A1C785C65 | 11/26/2020 18:15:43 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 7 | Info Hash: 4A7524C384B2FE35F4B9F6D6FB8A9FEF595E7882<br>File Hash: 1E1D33FCF46B337155362610FE36FCFABE8C84DB0F8146B4CE8607EBCD035EC4 | 11/26/2020 18:14:06 | Vixen | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 8 | Info Hash: 7A0772124C84873EE7B7C2ADFC1548B643B96601<br>File Hash: F4CBC858A80A7A821AB482DE200AE7AC53C8DBFFE6C9293598BF5D88788641AD | 11/26/2020 17:55:10 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: FEA375B2E4AF2936BEC2188E6EF63BE2A708183A<br>File Hash: C5FB0F224670F9761C63A61DC2B178EB1A7044421782B20D40C338D7AFE40778 | 11/26/2020 13:28:23 | Tushy | 11/22/2020 | 11/30/2020 | PA0002266355 |
| 10 | Info Hash: 7294AFED85997D33A3DA212C8FBFC409020A14C5<br>File Hash: E22EE2050FED1E7DCB99AD0EBBE9297664C4C414725BC9A9039BB1856EAF0882 | 11/26/2020 12:08:33 | Vixen | 11/20/2020 | 11/30/2020 | PA0002266357 |
| 11 | Info Hash: E361FBAF5A035E55EB694365491C8D6E43D923EA<br>File Hash: 252E7262725B9862C32953D131C8A99D8CE7F97FDFE57C4B98BDDA3555BD1C27 | 11/24/2020 11:48:51 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 12 | Info Hash: 4E7A0F212F93BDA50F04565C513B9AB95B7B05F9<br>File Hash: C36C09D1D7EC709D1F75FC9997829534EA810C6776580FF99AE987AC772B83F6 | 11/24/2020 11:33:58 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 13 | Info Hash: 05FC443BCCF844BDAE6F0A203C802D0DC75EA9FC<br>File Hash: 250D667E055961E011A284E44247C15471F732169215852A4AF8523CBD803486 | 11/23/2020 05:53:02 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 14 | Info Hash: F7968383401D1B6675DD2D638D7C4609FE6300EB<br>File Hash: 8DF82EEDAA8BA17D3C9FCB24A7CB387FE248F809D26D6094FEC2CE1435F3435D | 11/23/2020 05:26:35 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 15 | Info Hash: D9D383053898F4058C938FD0671881210CE06741<br>File Hash: 42E2E9340E65F8C652B3CF9DE593F8A9B684DB8C1F18785F23CDAF9E6DF0C56F | 11/23/2020 03:50:20 | Tushy | 08/24/2017 | 09/15/2017 | PA0002052837 |
| 16 | Info Hash: 66E24EFC34B1ACF70F5DADCFA1EDE2B2C034D5B7<br>File Hash: 3EC8124C644C5EC00511B304FC81BDC0B456DDE16A452DC4C8AFEBD06DDF7A9C | 11/21/2020 14:08:15 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 17 | Info Hash: EC275AF32EC96DC7F22EDCCC2F62D26CB34004A1<br>File Hash: 7D1864EDAC2286AB638489430D17BEE64EA60BC1A94A5AFC48619AB78C0ADF1F | 11/12/2020 02:53:32 | Vixen | 10/16/2017 | 10/19/2017 | PA0002090451 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 3C77BD45174BF15C9715DA74C9C1872CA8D3D47B<br>File Hash: 7D2FCF93D9B95AA67FFE6D7B7AE0BF323C59E9984F77B7CE7F9AC7BDEAA974A4 | 11/12/2020 00:12:12 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 19 | Info Hash: D1CDBE51120B1D60268DFAE1C9CA1066282048D7<br>File Hash: 2CBB1E32A703DC4FECF648F212B2D223E03863A706CEF77763DD1D443C0CE5A8 | 11/12/2020 00:10:54 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 20 | Info Hash: DC575CEE0378664A79C7C67F92CD9DE34E898147<br>File Hash: 2C07EDCD709F0AF330176E58813C597FC03CC45A98D2F2F359527BDF4F3A4F71 | 11/11/2020 22:00:42 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 21 | Info Hash: 0F6F8E7DBDD96E830883F2ABA5DCD07DBCA7CC33<br>File Hash: 6E537FB8943B3EDD1670EED5060A3089B9D70D147FD4485D0DF8B5CB360D113A | 11/11/2020 21:48:18 | Vixen | 01/24/2019 | 03/24/2019 | PA0002183209 |
| 22 | Info Hash: 2D2229DA71887BE8ED04665C734B80E689721D69<br>File Hash: 27FA527ECE83C154DA8436880763EB5408389768F07268087F060F4BA8D9B9C7 | 11/11/2020 15:56:13 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 23 | Info Hash: 9DAD376DBC4A7D3F191165C957EE98D96C20C32A<br>File Hash: C7540B404E559026A4E10201DC2F09C0B84634A613EBF5D82C700CA57B14E779 | 10/27/2020 12:23:33 | Tushy | 10/18/2018 | 11/25/2018 | PA0002136724 |
| 24 | Info Hash: 2F4DC8073692006A3CDC8B5839CBA234C8CED89B<br>File Hash: BEB42875E5166CCCBB0B9D3B3449490293F9964E8BBD3A48A44FE92BDA1AE77F | 10/27/2020 12:19:19 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 25 | Info Hash: 8000D153F7393744352FE426A8065250ABA79306<br>File Hash: 66BAFA81F849D3A548CA5031132FBDA5B06BFDE50EFCF928E6E3D285240416BE | 10/27/2020 12:18:15 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 26 | Info Hash: BC7DB9E318C2011D44D090E1318A3BF9C4D93226<br>File Hash: AE2C226E2EB6EF95B2F7C28AE9BF576C51379305842829BBBC0FB00C38352982 | 10/22/2020 17:33:01 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F438A6F7EED3391D7200F4C9CE8503BDAE1DA1B0<br>File Hash: 27CCB296A67AD3C6AEDF98473D2B2B1F802D012C8184E21C9ACEC74C7856C514 | 10/22/2020 17:32:49 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 28 | Info Hash: A8FD882B0B91046E89D11A0AC542607B21681106<br>File Hash: 3B68D011B04BB3C23D3D0153C343134363DB4475B2051DFABCFA01ACFCB5EC2B | 10/11/2020 03:29:09 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 29 | Info Hash: 04489E6A69E4D13B88D8CC37A5E9D319CD8203F5<br>File Hash: FF4B8A1C6E1D5BCF04349512D9DED1FC71EE3A75DD989C985484F3D9E6A35053 | 09/18/2020 01:13:22 | Vixen | 03/20/2018 | 04/12/2018 | PA0002091523 |
| 30 | Info Hash: FE102D20447C9A26D3A0EE5C28FD872D37A65B8A<br>File Hash: 444CB8F8F3BB705D63287FB6CB49ED95ABB029D05F2950C09AE1264885A215D2 | 09/18/2020 01:05:27 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 31 | Info Hash: A8C5CB7A67D6BB8F77B7517514D9F593F82273B4<br>File Hash: CAE17B9F4245D623187F680FDFE9B76CCD694D410E8F36ADB8193D4C4BC61943 | 09/18/2020 01:04:55 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 32 | Info Hash: 041467C4974BAA7E587B0367EC12EC6D933A7317<br>File Hash: B6755513BE36176A35BEC386097546EF586D9961D37E1A73551AFD7F6050BE7C | 09/18/2020 01:04:54 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 33 | Info Hash: 3CB162B7EC5BBE1596707AC105DF8BB347A791E5<br>File Hash: 89AEA2AA2DBD4CB588E56B230C28C1C56C2515D98A730620082EE28C61F36C57 | 09/18/2020 01:04:54 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 34 | Info Hash: 23525D043E22AA5AAE5DF21A41D12544E94929E6<br>File Hash: 40237A03D5DA76AD0B13590DB01306190A54AE9EFD8FF1F34E24F4C4F5DB97F7 | 09/18/2020 01:04:52 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 35 | Info Hash: 7A32700751133765173A52DCA07F3E727E72DBA1<br>File Hash: D01578070A186388877C9B3AC910493B3D9D1396190CD75DE403A7FDDBBB70BB | 09/18/2020 01:04:43 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E4CBECF0DF314BD2A99288B34869C319C3C64F29<br>File Hash: 1B3B90EF025B762364A201C27FC113DB3BD9726C64E843B9376B4913C2F76927 | 09/18/2020 01:04:41 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 37 | Info Hash: E3CA43BE6F46C9285E436AC7BE7F87F3399CFDBC<br>File Hash: 08AF9FC427AA75F85B32966EFB341EC57561392C61D90EE40D9CB7B807A8F58B | 09/18/2020 01:04:41 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 38 | Info Hash: 5B2D9DB63E6221F4BCC23D17116C9103004A1EA0<br>File Hash: 03D96AE68E0FB3548370A1EBF529FB7A562FFCF50BCE4C623F6F06543810E50D | 09/18/2020 01:04:40 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 39 | Info Hash: 3A78411A27AF7D23828FED3770ADBBF7EE00934B<br>File Hash: 66B4B8F68A97386A622A86E9F3E1F485545C267CCD515B5A88EA931CF59AFD78 | 09/18/2020 01:04:40 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 40 | Info Hash: 5D91252440CDEFB7C2E4405A916F4DEB5063595C<br>File Hash: F73FCDA1165E970AE9A222A83DC1FDC7077D408B7B89B460C05E3700E968CB59 | 09/18/2020 01:01:13 | Vixen | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 41 | Info Hash: B2F0E3323781D1E009DE75CD34C0C3FB6CBF8F4E<br>File Hash: D2584F26A856F1260A94E7440CBE61049B9A0DA9095C16E5CA629940B8A9F078 | 09/18/2020 01:01:13 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 42 | Info Hash: 085EEC5B39176F457AEAF7F903E163625A4B989A<br>File Hash: 6D7D9BA3A7BCF9E689D70FA26A6F5E3C44906F36498EA100A15180146EABB995 | 09/15/2020 04:26:34 | Vixen | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 43 | Info Hash: C8766AC37AB7B52AC88011BB65105CCA3FA98BA1<br>File Hash: 24E91FA5F13A8B5E41D89DF90EB758C203B5A25BB9EC4CB54C31840FCB0D2353 | 09/15/2020 03:19:39 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 44 | Info Hash: B0BFB7653867484FAFA36C45CB4045EA52DA9F9C<br>File Hash: AD5D43C635ABCE3E1FA1B66907868290AEA8610B8024AF415A0B949F7793FBF2 | 09/08/2020 18:08:52 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |