# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | Civ. No. 1:20-cv-10735-ER |
| JOHN DOE subscriber assigned IP address | : | |
| 100.12.248.145, | : | Judge Edgardo Ramos |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

THIS CAUSE Coming to be heard on the parties' Joint Motion for Protective Order, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the Joint Motion for Protective Order is GRANTED. The defendant shall be referred to by the pseudonym "John Doe" in all filings by the parties until any further order of the Court.

DATED: _____, 2021.

By:_____
**UNITED STATES DISTRICT COURT JUDGE**